**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| Harry G. McAndrews, | ) ) | Case No. 4:07-mj-032 |
| Defendant. | ) | |

The court convened a preliminary hearing and detention hearing on March 14, 2007. AUSA Rick Volk appeared on the government's behalf. Assistant Federal Public Defender William Schmidt appeared on the defendant's behalf. FBI Special Agent Ryan O'Neil provided testimony.

At the outset of the hearings, the defendant advised the court that he waived his right to a preliminary hearing. The court accepts the defendant's waiver, finding that it was made knowingly, intelligently, and with the advise of counsel. Based upon the defendant's waiver, the court finds that there is probable cause to believe that an offense has been committed and that the defendant may have committed it. The court therefore **ORDERS** that the defendant be bound over to the United States District Court to answer to the charges set forth in the complaint.

Dated this 15th day of March, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge